PER CURIAM.
Reversed. See Williams v. Board of Public Instruction of Flagler County, 61 So.2d 493 (Fla.1952); Navison v. Winn and Lovett Tampa, 92 So.2d 531 (Fla.1957); Berlanti Construction Co. v. Miami Beach Federal Savings and Loan Association, 183 So.2d 746 (Fla. 3d DCA 1966); Kemper v. First National Bank of Dayton, Ohio, 277 So.2d 804 (Fla. 3d DCA 1973); Fontainebleau Hotel Corporation v. Southern Florida Hotel and Motel Association, 294 So.2d 390 (Fla. 3d DCA 1974).